GALLICE et al. v. CRILLY.

(Circuit Court, E. D. Pennsylvania. January 31, 1906.)

No. 34.

See 134 Fed. 983.

Beck & Robinson, for plaintiffs.

Thomas R. Elcock and John G. Johnson, for defendant.

HOLLAND, District Judge. The decision just rendered in No. 21 of the same sessions· (143 Fed. 178) disposes of the issues here, and judgment will be entered in favor of the plaintiffs, Henry Gallice and Octave Gallice, copartners, trading under the firm name of Gallice & Co., and against Francis J. Crilly, the defendant, for the amount of the note, with interest, with the right to either party to take an appeal from such judgment.